In the Matter of MORRIS H. SIEGEL, Respondent, against HAROLD J. CRAWFORD, a Justice of the Municipal Court of the City of New York, Respondent.

MAE HARDING, Intervener, Appellant.

Submitted November 15, 1943; decided November 24, 1943.

*E. F. W. Wildermuth* for motion.

*Lawrence S. Timen* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal lies as of right.